**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wilmer Edelberto BALMA, a.k.a.**
**Wilmer Edilberto Palma–Torres,**
**Defendant–Appellant.**

**No. 06–11885**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 18, 2007.

Todd Hudson Seiden, Tampa, FL, for Defendant–Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Todd H. Seiden, appointed counsel for Wilmer Edelberto Balma in this direct criminal appeal, has moved to withdraw

from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Balma's conviction and sentence are **AFFIRMED.**